# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>GLENWOOD CAVERNS HOLDINGS, LLC,<br><br>Debtor. | Bankruptcy Case No. 26-13137 KHT<br><br>Chapter 11 |

## ORDER SETTING CONFIRMATION HEARING

THIS MATTER comes before the Court on the Chapter 11 Plan of Reorganization ("Plan") filed by Debtor Glenwood Caverns Holdings, LLC ("Plan Proponent") on June 8, 2026 (Docket #242). The Court being advised in the premises hereby

ORDERS that:

1. An **in-person** hearing for consideration of confirmation of the Plan and such objections is set for **Friday, August 14, 2026, at 10:00 a.m.** before the undersigned Judge in the United States Bankruptcy Court for the District of Colorado, Courtroom D, U.S. Custom House, 721 19th Street, Denver, Colorado.

   If the hearing involves a contested factual issue, the parties shall file and exchange witness and exhibit lists seven (7) days prior to the hearing. Do not file the actual exhibits unless otherwise directed by the Court. A copy of each exhibit shall be tendered to the Court three (3) business days prior to the hearing via email. The information shall be emailed to **KHT_Courtroom@cob.uscourts.gov**. It is counsel's and/or the parties' responsibility to ensure their witnesses possess complete copies of all marked exhibits for the hearing. The parties are encouraged to confer and, if possible, prepare a set of stipulated exhibits prior to the hearing for use by the Court and all parties.

2. No later than three days prior to the confirmation hearing the Plan Proponent shall file a Summary Report of the Ballots received reflecting all votes by class, number of claims and amount of claim.

3. If the Plan Proponent proposes to further amend or modify the Plan in response to any objection, at least 3 business days prior to the confirmation hearing the Plan Proponent shall file with the Court and serve on all objecting parties a response which specifically identifies any amendment(s) made in response to an objection. To such response, the Plan Proponent shall attach a red-line copy of the Plan reflecting such amendments.

IT IS FURTHER ORDERED that the hearing on the confirmation of the Plan may be continued from time to time by order made in open court without other written notice to any parties in interest.

DATED this 11th day of June, 2026

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge