**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Glenwood Caverns Holdings LLC,[1] | ) | Case No: 26-13137-KHT |
| | ) | |
| Debtor. | ) | **Ref. Docket Nos. 242 - 244** |

# CERTIFICATE OF SERVICE

I, ANGELA CHACHOFF, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 9, 2026, I caused to be served the:

   a. "Combined Disclosure Statement and Plan of Reorganization Dated June 8, 2026," dated June 8, 2026 [Docket No. 242], (the "Combined DS & Plan"),

   b. "Stalking Horse Supplement and Notice of Designation of Stalking Horse Bidder," dated June 8, 2026 [Docket No. 243], (the "Designation of Stalking Horse"), and

   c. "Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts," dated June 8, 2026 [Docket No. 244], (the "Assumption Notice"),

   by causing true and correct copies of the:

   i. Combined DS & Plan, Designation of Stalking Horse, and Assumption Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   ii. Assumption Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is Glenwood Caverns Holdings LLC (6861). The location of the Debtor's headquarters is 51000 Two Rivers Plaza Road, Glenwood Springs, CO 81601.

iii. Combined DS & Plan, Designation of Stalking Horse, and Assumption Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

# EXHIBIT A

| Name | Address |
|---|---|
| APOLLO ENGINEERING DESIGN GROUP, LLC | 194 FAIRWAY DRIVE SMITHFIELD UT 84335 UNITED STATES OF AMERICA |
| AURORA WORLD INC | 8820 MERCUTY LANE PICO RIVERA CA 90660 UNITED STATES OF AMERICA |
| CAPE SHORE | PO BOX 866 YARMOUTH ME 04096 UNITED STATES OF AMERICA |
| CITY OF GLENWOOD SPRINGS | FINANCE DEPT. 101 W. 8TH STREET GLENWOOD SPRINGS CO 81601 UNITED STATES OF AMERICA |
| CITY OF GLENWOOD SPRINGS | PO BOX 458 GLENWOOD SPRINGS CO 81602 UNITED STATES OF AMERICA |
| CO DEPT OF PUB HEALTH & ENVIRONMENT | 4300 CHERRY CREEK DRIVE SOUTH DENVER CO 80246-1530 UNITED STATES OF AMERICA |
| COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER RALPH L CARR COLORADO JUDICIAL BLDG 1300 BROADWAY, 10TH FL DENVER CO 80203 UNITED STATES OF AMERICA |
| COLORADO DEPARTMENT OF REVENUE | 1375 SHERMAN STREET DENVER CO 80261 UNITED STATES OF AMERICA |
| COLORADO DEPT OF REVENUE | PO BOX 17087 DENVER CO 80217-0087 UNITED STATES OF AMERICA |
| COMMUNITY BANK OF COLORADO | C/O STINSON LLP ATTN DEBORAH BAYLES 1144 FIFTEENTH STREET SUITE 2400 DENVER CO 80202 UNITED STATES OF AMERICA |
| COMMUNITY BANK OF COLORADO | C/O STINSON LLP ATTN NICHOLAS ZLUTICKY 1201 WALNUT STREET SUITE 2900 KANSAS CITY MO 64106 UNITED STATES OF AMERICA |
| COMMUNITY BANKS OF COLORADO | DIVISION OF NBH BANK A COLORADO STATE BANK 7800 ORCHARD RD STE 220 GREENWOOD VILLAGE CO 80111 UNITED STATES OF AMERICA |
| DULIN MCQUINN YOUNG, LLP | (COUNSEL TO ESTIFANOS ET AL) ATTN: KARI JONES DULIN, ESQ. 4949 S. SYRACUSE ST., SUITE 400 DENVER CO 80237 UNITED STATES OF AMERICA |
| ESTIFANOS DAGNE & RAHEL ESTIFANOS | ADDRESS ON FILE |
| ESTIFANOS DAGNE & RAHEL ESTIFANOS | ADDRESS ON FILE |
| ESTIFANOS DAGNE & RAHEL ESTIFANOS | ADDRESS ON FILE |
| GARFIELD COUNTY TREASURER | PO BOX 1069 GLENWOOD SPRINGS CO 81602-1069 UNITED STATES OF AMERICA |
| GREENBERG TRAURIG, LLP | (COUNSEL TO NOVA CASUALTY COMPANY) ATTN: DENNIS A. MELORO 222 DELAWARE AVENUE, SUITE 1600 WILMINGTON DE 19801 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE | PO BOX 7346 PHILADELPHIA PA 19101-7346 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE LOCAL OFF | 600 ARCH STREET PHILADELPHIA PA 19106 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE LOCAL OFF | 21309 BERLIN RD UNIT 13 GEORGETOWN DE 19947 UNITED STATES OF AMERICA |
| INTERNAL REVENUE SERVICE LOCAL OFF | 844 KING ST WILMINGTON DE 19801 UNITED STATES OF AMERICA |
| MORRIS JAMES LLP | (COUNSEL TO COMMUNITY BANKS OF CO) ATTN: JEFFREY WAXMAN; ERIC MONZO 3205 AVENUE NORTH BLVD, SUITE 100 WILMINGTON DE 19803 UNITED STATES OF AMERICA |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN BENJAMIN SALES; GREGORY GARVIN BRYON G. ROGERS FEDERAL BUILDING 1961 STOUT ST, STE 12-200 DENVER CO 80294 UNITED STATES OF AMERICA |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | (COUNSEL TO OFF ROAD CAPITAL ET AL) ATTN: JUSTIN R. BERNBROCK 321 NORTH CLARK STREET, 32ND FLOOR CHICAGO IL 60654 UNITED STATES OF AMERICA |

Glenwood Caverns Holdings, LLC
Mailing_Address_9929_Redacted

| Name | Address |
|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | (COUNSEL TO OFF ROAD CAPITAL ET AL) ATTN: MATTHEW T. BENZ 321 NORTH CLARK STREET, 32ND FLOOR CHICAGO IL 60654 UNITED STATES OF AMERICA |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | (COUNSEL TO OFF ROAD CAPITAL ET AL) ATTN: GLORIA GRAND-PIERRE 321 NORTH CLARK STREET, 32ND FLOOR CHICAGO IL 60654 UNITED STATES OF AMERICA |
| SPENCER FANE LLP | (COUNSEL TO NOVA CASUALTY COMPANY) ATTN: JACOB F. HOLLARS DENVER CO 80203 UNITED STATES OF AMERICA |
| SPENCER FANE LLP | (COUNSEL TO NOVA CASUALTY COMPANY) ATTN: DAVID MILLER 1700 LINCOLN STREET, SUITE 2000 DENVER CO 80203 UNITED STATES OF AMERICA |
| STINSON LLP | (COUNSEL TO COMMUNITY BANKS OF CO) ATTN: NICHOLAS ZLUTICKY; MORGAN LAWRENCE 1201 WALNUT STREET, SUITE 2900 KANSAS CITY MO 64106 UNITED STATES OF AMERICA |
| SWEETBAUM MILLER PC | (COUNSEL TO DAGNE & RAHEL ESTIFANOS) ATTN: ALAN SWEETBAUM; ANDREW MILLER 1200 17TH STREET, SUITE 1250 DENVER CO 80202 UNITED STATES OF AMERICA |
| THE DAN CAPLIS LAW FIRM, LLC | (COUNSEL TO ESTIFANOS ET AL) ATTN: DANIEL J. CAPLIS, ESQ. 6400 S FIDDLERS GREEN CIR, STE 2200 GREENWOOD VILLAGE CO 80111 UNITED STATES OF AMERICA |
| THE DAN CAPLIS LAW FIRM, LLC | (COUNSEL TO ESTIFANOS ET AL) ATTN: JOHN KELLNER, ESQ. 6400 S FIDDLERS GREEN CIR, STE 2200 GREENWOOD VILLAGE CO 80111 UNITED STATES OF AMERICA |
| T-MOBILE | T-MOBILE USA INC 4515 N SANTA FE AVE OKLAHOMA CITY OK 73118 UNITED STATES OF AMERICA |
| T-MOBILE | PO BOX 53410 BELLEVUE WA 98015-3410 UNITED STATES OF AMERICA |
| TYDINGS & ROSENBERG, LLP | (COUNSEL TO DAGNE & RAHEL ESTIFANOS) ATTN: DENNIS SHAFFER; STEPHEN GERALD 1225 N. KING STREET, SUITE 600 WILMINGTON DE 19801 UNITED STATES OF AMERICA |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530 UNITED STATES OF AMERICA |
| U.S. ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL 2310A 1200 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20460 UNITED STATES OF AMERICA |
| US ATTORNEY, D. COLORADO | J. BISHOP GREWELL 1801 CALIFORNIA ST DENVER CO 80202 UNITED STATES OF AMERICA |
| US ATTORNEY, D. COLORADO | J. BISHOP GREWELL AUSA JEFFREY GRAVES 835 E 2ND AVE, STE 410 DURANGO CO 81301 UNITED STATES OF AMERICA |
| US ATTORNEY, D. COLORADO | J. BISHOP GREWELL AUSA PETER HAUTZINGER 205 N 4TH ST, STE 400 GRAND JUNCTION CO 81501 UNITED STATES OF AMERICA |
| WINDCAVE INC | PO BOX 960 PHOENIX AZ 85001 UNITED STATES OF AMERICA |
| WINDCAVE INC | 1601 N 7TH ST SUITE 420 PHOENIX AZ 85006 UNITED STATES OF AMERICA |

Total Count: 43

# EXHIBIT B

| Name | Address |
|---|---|
| ACCESSO SIRIUSWARE | 1025 GREENWOOD BLVD SUITE 500 LAKE MARY FL 32746 UNITED STATES OF AMERICA |
| ACCESSO SIRIUSWARE | PO BOX 209229 DALLAS TX 75320-9229 UNITED STATES OF AMERICA |
| ACCRUENT | 11501 DOMAIN DR SUITE 160 AUSTIN TX 78758 UNITED STATES OF AMERICA |
| AFLAC | ATTN: CLIENT SERVICES 1932 WYNNTON ROAD COLUMBUS GA 31999 UNITED STATES OF AMERICA |
| ALSCO | PO BOX 370 GRAND JUNCTION CO 81502 UNITED STATES OF AMERICA |
| ALSCO | 505 EAST 200 SOUTH SALT LAKE CITY UT 84102 UNITED STATES OF AMERICA |
| ALWAYS MOUNTAIN TIME | 5660 GREENWOOD PLAZA BLVD SUITE 490 GREENWOOD VILLAGE CO 80111 UNITED STATES OF AMERICA |
| ARRIVE- FLASH PARKING AGREEMENT | 208 S JEFFERSON ST SUITE 403 CHICAGO IL 60661 UNITED STATES OF AMERICA |
| ASCAP | 2 MUSIC SQUARE WEST NASHVILLE TN 37203 UNITED STATES OF AMERICA |
| ASCAP | 21678 NETWORK PLACE CHICAGO IL 60673-1216 UNITED STATES OF AMERICA |
| AXESS AMERICAS INC. | 6443 BUSINESS PARK LOOP RD STE A PARK CITY UT 84098 UNITED STATES OF AMERICA |
| BIRDEYE | 2479 E BAYSHORE RD SUITE #175 PALO ALTO CA 94303 UNITED STATES OF AMERICA |
| BLIZZARD PRESS | 169 WESTWOOD CT REEDSPORT OR 97467 UNITED STATES OF AMERICA |
| BREAKPOINT PR COMMS LLC | 5286 PIERSON CT WHEAT RIDGE CO 80033 UNITED STATES OF AMERICA |
| BURNING MOUNTAIN LAND & CATTLE COMPANY | 450 COUNTY ROAD 229 SILT CO 81652 UNITED STATES OF AMERICA |
| CALX MINERALS LLC | 2040 W. HAMILTON PLACE SHERIDAN CO 80110 UNITED STATES OF AMERICA |
| CANON FINANCIAL SERVICES | 158 GAITHER DRIVE SUITE 2000 MOUNT LAUREL NJ 08054 UNITED STATES OF AMERICA |
| CARBONDALE COMMUNITY ACCESS RADIO | PO BOX 1388 76 S 2ND STREET CARBONDALE CO 81623 UNITED STATES OF AMERICA |
| CITY OF GLENWOOD SPRINGS | FINANCE DEPT. 101 W. 8TH STREET GLENWOOD SPRINGS CO 81601 UNITED STATES OF AMERICA |
| CITY OF GLENWOOD SPRINGS | P.O. BOX 458 GLENWOOD SPRINGS CO 81602 UNITED STATES OF AMERICA |
| COLORADO CURRYS/LORRAINE CURRY | 823 BENNETT AVE GLENWOOD SPRINGS CO 81601 UNITED STATES OF AMERICA |
| COLORADO ENERGY SYSTEMS | 1140 DEVEREUX ROAD GLENWOOD SPRINGS CO 81601 UNITED STATES OF AMERICA |
| COLORADO LOGOS | 7717 W. 6TH AVENUE SUITE A LAKEWOOD CO 80214 UNITED STATES OF AMERICA |
| COLORADO PUBLIC RADIO | 7409 S ALTON COURT CENTENNIAL CO 80112 UNITED STATES OF AMERICA |
| COMMUNITY BANKS OF COLORADO | DIVISION OF NBH BANK A COLORADO STATE BANK 7800 ORCHARD RD STE 220 GREENWOOD VILLAGE CO 80111 UNITED STATES OF AMERICA |
| COMMUNITY BANKS OF COLORADO | 7800 EAST ORCHARD ROAD, SUITE 300 GREENWOOD VILLAGE CO 80111 UNITED STATES OF AMERICA |
| CORNERSTONE BUS LEASING | 7132 REYNOLDS DRIVE SEDALIA CO 80135 UNITED STATES OF AMERICA |
| COSTAR REALTY | 2563 COLLECTION CENTER DR CHICAGO IL 60693 UNITED STATES OF AMERICA |

| Name | Address |
|---|---|
| DECYPHER TECHNOLOGIES | 201 CENTENNIAL ST SUITE 112 GLENWOOD SPRINGS CO 81601 UNITED STATES OF AMERICA |
| DTN | 11400 RUPP DRIVE BURNSVILLE MN 55337 UNITED STATES OF AMERICA |
| EARTHWISE HORTICULTURAL | PO BOX 2041 GLENWOOD SPRINGS CO 81602 UNITED STATES OF AMERICA |
| EDUCATION MEDIA FOUNDATION | 5700 WEST OAKS BLVD ROCKLIN CA 95765 UNITED STATES OF AMERICA |
| ERISA/360 PAYROLL | 2419 E HARBOR BLVD SUITE 163 VENTURA CA 93001 UNITED STATES OF AMERICA |
| FIRE TEAM SECURITY | 2331 E ROAD GRAND JUNCTION CO 81507 UNITED STATES OF AMERICA |
| FISERV FIRST DATA | 4000 N.W. 120TH AVENUE MS/CON-CMM CORAL SPRINGS FL 33065 UNITED STATES OF AMERICA |
| FLEXIBLE BENEFIT SERVICE CORP | ACCOUNTING DEPARTMENT 8700 W. BRYN MAWR AVENUE 1290W CHICAGO IL 60631 UNITED STATES OF AMERICA |
| GLENWOOD CAVERNS HOLDINGS | 51000 TWO RIVERS PLAZA RD. GLENWOOD SPRINGS CO 81601 UNITED STATES OF AMERICA |
| GLOBAL MUSIC RIGHTS | 1100 GLENDON AVENUE SUITE 2000 LOS ANGELES CA 90024 UNITED STATES OF AMERICA |
| HIGH COUNTRY BROCHURES | PO BOX 7 PAONIA CO 81428 UNITED STATES OF AMERICA |
| HOTEL GLENWOOD SPRINGS | 52000 TWO RIVERS PLAZA ROAD GLENWOOD SPRINGS CO 81601 UNITED STATES OF AMERICA |
| HRL COMPLIANCE SOLUTIONS | 2385 F 1/2 ROAD GRAND JUNCTION CO 81505 UNITED STATES OF AMERICA |
| IMAGENET | 913 NORTH BROADWAY OKLAHOMA CITY OK 73102 UNITED STATES OF AMERICA |
| INGRESSO | 100 TECHNOLOGY PARK SUITE 165 LAKE MARY FL 32746 UNITED STATES OF AMERICA |
| INNOVATIVE FOTO | 8A INDUSTRIAL WAY SALEM NH 03079 UNITED STATES OF AMERICA |
| INTERNATIONAL RIDE TRAINING | 339 COUNTRY CLUB ROAD AVON CT 06001 UNITED STATES OF AMERICA |
| IRON MOUNTAIN HOT SPRINGS | 281 CENTENNIAL STREET GLENWOOD SPRINGS CO 81601 UNITED STATES OF AMERICA |
| IRON MOUNTAIN SHREDDING | 1 FEDERAL STREET BOSTON MA 02110 UNITED STATES OF AMERICA |
| JASON ABBOTT/A STAGE FOR YOU | ADDRESS ON FILE |
| KARIN GAMBA | ADDRESS ON FILE |
| KDNK RADIO | 76 S. 2ND STREET CARBONDALE CO 81623 UNITED STATES OF AMERICA |
| KELLIN COMMUNICATIONS | 6203 VALLEY HI ROAD LARKSPUR CO 80118 UNITED STATES OF AMERICA |
| KIDTOONS PRODUCTION | PO BOX 5224 SNOWMASS VILLAGE CO 81615 UNITED STATES OF AMERICA |
| LOOMIS ARMORED US | 2500 CITYWEST BLVD SUITE 2300 HOUSTON TX 77042-9000 UNITED STATES OF AMERICA |
| MARC ADLER | ADDRESS ON FILE |
| MED PRO DISPOSAL | 1751 W DIEHL ROAD #400 NAPERVILLE IL 60563 UNITED STATES OF AMERICA |
| MEDIA MATION | 2520 WEST 237TH STREET TORRANCE CA 90505 UNITED STATES OF AMERICA |
| MOBILE MONEY | 941 CALLE NEGOCIO SAN CLEMENTE CA 92673 UNITED STATES OF AMERICA |
| MOUNTAIN FAMILY HEALTH CENTERS | ATTN: DANA PETERSON PO BOX 339 GLENWOOD SPRINGS CO 81602 UNITED STATES OF AMERICA |

| Name | Address |
|---|---|
| ORKIN | 415 4TH AVE GRAND JUNCTION CO 81501 UNITED STATES OF AMERICA |
| PARKWHIZ, INC. | 208 S. JEFFERSON ST., SUITE 403 CHICAGO IL 60661 UNITED STATES OF AMERICA |
| PATHFINDER LLC | 1317 GRAND AVENUE SUITE 200 GLENWOOD SPRINGS CO 81601 UNITED STATES OF AMERICA |
| PAYCOM PAYROLL LLC | 7501 W. MEMORIAL ROAD OKLAHOMA CITY OK 73142 UNITED STATES OF AMERICA |
| PAYCOM PAYROLL LLC | ATTN: HOLLY ELY 7501 W. MEMORIAL RD OKLAHOMA CITY OK 73142 UNITED STATES OF AMERICA |
| PROPERTY PROFESSIONALS | 704 MAIN STREET SILT CO 81652 UNITED STATES OF AMERICA |
| PROPERTY PROFESSIONALS | 1430A RAILROAD AVE RIFLE CO 81650 UNITED STATES OF AMERICA |
| RAPID IMAGE | 2610 GILSTRAP COURT GLENWOOD SPRINGS CO 81601 UNITED STATES OF AMERICA |
| REVL | 1274 FOLSOM STREET SAN FRANCISCO CA 94013 UNITED STATES OF AMERICA |
| RISE BROADBAND/SKYBEAM | 61 INVERNESS DRIVE EAST SUITE 250 ENGLEWOOD CO 80112 UNITED STATES OF AMERICA |
| ROARING FORK BROADCAST | PO BOX 4001 BASALT CO 81621 UNITED STATES OF AMERICA |
| ROARING FORK PUBLIC RADIO | 110 EAST HALLAM STREET SUITE 134 ASPEN CO 81611 UNITED STATES OF AMERICA |
| ROCKY MOUNTAIN INDUSTRIALS, INC. | F/K/A MID-CONTINENT QUARRY 6200 S SYRACUSE WAY, SUITE 450 ENGLEWOOD CO 80111 UNITED STATES OF AMERICA |
| ROCKY MOUNTAIN PUBLIC MEDIA | 1089 BANNOCK STREET DENVER CO 80204 UNITED STATES OF AMERICA |
| SACRED GROUND EXCAVATION LLC | 6853 COUNTY ROAD 214 NEW CASTLE CO 81647 UNITED STATES OF AMERICA |
| SAI ROARING FORK LR, INC | 4401 COLWICK ROAD CHARLOTTE NC 28211 UNITED STATES OF AMERICA |
| SALESFORCE | 415 MISSION STREET 3RD FLOOR SAN FRANCISCO CA 94105 UNITED STATES OF AMERICA |
| SAP CONCUR | 601 108TH AVE NE SUITE 1000 BELLEVUE WA 98004 UNITED STATES OF AMERICA |
| SHAMROCK FOODS COMPANY | 5199 IVY STREET COMMERCE CITY CO 80022 UNITED STATES OF AMERICA |
| SHAMROCK FOODS COMPANY | PO BOX 933534 ATLANTA GA 31193-3534 UNITED STATES OF AMERICA |
| SIMEX-IWERKS | 27509 AVENUE HOPKINS SANTA CLARA CA 91335 UNITED STATES OF AMERICA |
| SKI COUNTRY AMATEUR RADIO CLUB | PO BOX 302 GLENWOOD SPRINGS CO 81602 UNITED STATES OF AMERICA |
| SRL RELATIONS LLC | 3110 HAGER LN GLENWOOD SPRINGS CO 81601 UNITED STATES OF AMERICA |
| STONE SECURITY (EVOLVE) | 351 LAWNDALE DR SALT LAKE CITY UT 84115 UNITED STATES OF AMERICA |
| SWIRE COCA-COLA | 12634 S 265 W DRAPER UT 84020 UNITED STATES OF AMERICA |
| TATE CIVIL LLC | PO BOX 2251 GLENWOOD SPRINGS CO 81602 UNITED STATES OF AMERICA |
| THE HARTFORD | PO BOX 783690 PHILADELPHIA PA 19178-3690 UNITED STATES OF AMERICA |
| UNION PACIFIC RAILROAD | 1400 DOUGLAS STREET OMAHA NE 68179 UNITED STATES OF AMERICA |
| UNITED HEALTH CARE | 6022 BLUE CIRCLE DRIVE MINNETONKA MN 55343 UNITED STATES OF AMERICA |

| Name | Address |
|---|---|
| US DEPT OF HOMELAND SECURITY | 1.3 MILES NORTH OF GLENWOOD SPRINGS GLENWOOD SPRINGS CO 81601 UNITED STATES OF AMERICA |
| VERIZON WIRELESS | ONE VERIZON WAY MAIL STOP 4AW100 BASKING RIDGE NJ 07920 UNITED STATES OF AMERICA |
| WASTE MANAGEMENT | 2550 W UNION HILLS DR PHOENIX AZ 85027 UNITED STATES OF AMERICA |
| WASTE MANAGEMENT | 222 S MILL AVE TEMPE AZ 85281-6472 UNITED STATES OF AMERICA |
| WASTE MANAGEMENT OF COLORADO | PO BOX 7400 PASADENA CA 91109-7400 UNITED STATES OF AMERICA |
| WEST CANYON NURSERIES | 1650 COUNTY ROAD 240 GLENWOOD SPRINGS CO 81601 UNITED STATES OF AMERICA |
| WESTERN SLOPE COMMUNICATIONS | 715 HORIZON COURT SUITE 225 GRAND JUNCTION CO 81506 UNITED STATES OF AMERICA |
| WILD FLIGHT | 90 ROARING FORK AVE A2 CARBONDALE CO 81623 UNITED STATES OF AMERICA |
| WINDCAVE | 1601 N 7TH ST SUITE 420 PHOENIX AZ 85006 UNITED STATES OF AMERICA |
| XCEL ENERGY | PO BOX 9477 MINNEAPOLIS MN 55484-9477 UNITED STATES OF AMERICA |
| XOLA (FORMERLY WIRESPRING) | 2900 WEST CYPRESS CREEK SUITE 15 FORT LAUDERDALE FL 33309 UNITED STATES OF AMERICA |

Total Count: 98

# EXHIBIT C

Glenwood Caverns Holdings, LLC
Mailing_Email_9929_Redacted

| Name | Email |
|---|---|
| COLORADO ATTORNEY GENERAL | Attorney.general@coag.gov |
| COLORADO DEPT OF REVENUE | DOR_Taxpayerservice@state.co.us |
| COMMUNITY BANK OF COLORADO | deborah.bayles@stinson.com |
| COMMUNITY BANK OF COLORADO | nicholas.zluticky@stinson.com |
| DULIN MCQUINN YOUNG, LLP | kjd@trialproven.com |
| ESTIFANOS DAGNE & RAHEL ESTIFANOS | ADDRESS ON FILE |
| ESTIFANOS DAGNE & RAHEL ESTIFANOS | ADDRESS ON FILE |
| ESTIFANOS DAGNE & RAHEL ESTIFANOS | ADDRESS ON FILE |
| GREENBERG TRAURIG, LLP | dennis.meloro@gtlaw.com |
| MORRIS JAMES LLP | jwaxman@morrisjames.com; emonzo@morrisjames.com |
| OFFICE OF THE UNITED STATES TRUSTEE | Benjamin.A.Sales@usdoj.gov |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | ggrand-pierre@sheppard.com |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | jbernbrock@sheppard.com |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | mbenz@sheppard.com |
| SPENCER FANE LLP | dmiller@spencerfane.com |
| SPENCER FANE LLP | jhollars@spencerfane.com |
| STINSON LLP | nicholas.zluticky@stinson.com; morgan.lawrence@stinson.com |
| SWEETBAUM MILLER PC | asweetbaum@sweetbaumlaw.com; amiller@sweetbaumlaw.com |
| THE DAN CAPLIS LAW FIRM, LLC | dan@caplislaw.com |
| THE DAN CAPLIS LAW FIRM, LLC | john@caplislaw.com |
| T-MOBILE | POC_AIS@aisinfo.com |
| TYDINGS & ROSENBERG, LLP | dshaffer@tydings.com; sgerald@tydings.com |
| WINDCAVE INC | Legal@Windcave.com |

Total Count: 27