**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>Glenwood Caverns Holdings LLC,<br><br>Debtor. | Bankruptcy Case No. 26-13137 KHT<br><br>Chapter 11 |

## ORDER AND NOTICE OF ADDITIONAL MATTERS TO BE HEARD

PLEASE TAKE NOTICE that the following additional matter will be heard at the hearing already set for **Tuesday, July 7, 2026, at 1:30 p.m.** by Order entered June 30, 2026 (docket #284).

The additional matter set is the *Motion to Clarify June 11, 2026 Order Setting Confirmation Hearing* (the "Motion to Clarify," docket #285). Any response or objection to the Motion to Clarify must be filed with the Court by 5:00 p.m. mountain time on Monday, July 6, 2026.

DATED this 2nd day of July, 2026.

BY THE COURT:

Kimberley H. Tyson
United States Bankruptcy Judge